IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                      CRIMINAL ACTION NO. 2:22-cr-00163

DAVID GERALD MINKKINEN
SIVARAMAN SAMBASIVAM,

        Defendants.

**ORDER**

A *Superseding Indictment* (Document 186) was returned in this matter on May 31, 2023. Certain motions filed as to the original indictment remain pending, and the Court finds that considering those motions in the context of the allegations contained in the *Superseding Indictment* will provide the most efficient resolution. Accordingly, the Court **ORDERS** that the parties submit supplemental briefing no later than **June 7, 2023**, if necessary, to address the impact of the superseding indictment as to *Defendant Sivaraman Sambasivam's and David Gerald Minkkinen's Joint Motion to Dismiss the Indictment Due to the Government's Pre-Indictment Delay* (Document 149), *Defendant Sivaraman Sambasivam's Motion to Sever Trial From Co-Defendant David Minkkinen* (Document 148), and *Defendants Sivaraman Sambasivam's and David Minkkinen's Motion for a Bill of Particulars* (Document 112), Magistrate Judge Aboulhosn's *Order* (Document 172) partially granting the motion for a bill of particulars, and the *Government's Objection to*

*Magistrate Judge's Order Granting, in Part, Defendants' Motion for a Bill of Particulars* (Document 195).

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendants and their respective counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: June 2, 2023

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA