UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:22-cr-00163

**DAVID GERALD MINKKINEN and**
**SIVARAMAN SAMBASIVAM**

### NOTICE OF APPEAL

The United States of America, by Candina S. Heath, Senior Counsel for the Department of Justice, Computer Crime and Intellectual Property Section, and Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia, hereby file this Notice of Appeal from the Court's order granting Defendants' Joint Motion to Recuse. The order was entered by this Court on May 22, 2023, as ECF No. 175.  The appeal is taken to the United States Court of Appeals for the Fourth Circuit pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

*/s/ Candina S. Heath*
Candina S. Heath
Senior Counsel
United States Department of Justice
Computer Crime and Intellectual Property Section
Texas State Bar No. 09347450
1301 New York NW
Washington, DC 20530
Telephone: 202-514-1026
Fax: 202-305-1744
Email: Candina.Heath2@usdo.gov

/s/ *Jonathan T. Storage*
Jonathan T. Storage
Assistant United States Attorney
WV State Bar No. 12279
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jonathan.Storage@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "NOTICE OF APPEAL" has been electronically filed and service has been made by virtue of such electronic filing this 2nd day of June, 2023, to all participants registered in CM/ECF in the above-referenced matter.

> /s/ *Jonathan T. Storage*
> Jonathan T. Storage
> Assistant United States Attorney
> WV State Bar No. 12279
> 300 Virginia Street, East, Room 4000
> Charleston, WV 25301
> Telephone: 304-345-2200
> Fax: 304-347-5104
> E-mail: Jonathan.Storage@usdoj.gov