# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 8/17/2023 | Case Number: | 2:22-cr-00163 |
| Case Style: | USA vs. Sivaraman Sambasivam | | |
| Type of hearing: | Bond Hearing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:

Jonathan Storage & Erik Goes

Attorney(s) for the Defendant(s):

Susan Robinson

| | |
|---|---|
| Law Clerk: | Cynthia Wildfire |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:24 PM | 2:05 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 0 hours and 41 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start 1:30 p.m.
Actual Start 1:24 p.m.

Parties present for bond hearing.
Counsel note appearances on the record.
Ms. Robinson argues in support of request to modify bond conditions.
Mr. Storage argues in support of continued bond conditions.
Ms. Robinson responds.
Def't Ex 1 marked and admitted.
Def't Ex 2 marked and admitted (to be redacted by counsel).
Mr. Storage responds.
Court takes matter under advisement.
Court recessed at 2:05 p.m.